**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDNEY NAIMAN and MICHELE DERNAY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA RENEWABLE ENERGY PROGRAM, LLC; and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendant. | Case No.: 4:21-cv-04239-DMR<br><br>**ORDER (AS MODIFIED) GRANTING JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

## ORDER (AS MODIFIED)

Pursuant to the Stipulation of the Parties, and for GOOD CAUSE:

The initial case management conference set for September 1, 2021 at 1:30 p.m. is vacated, and continued to October 14, 2021 at 1:00 p.m. by a Zoom video conference to coincide with the hearing on Defendant's Motion to Dismiss. Parties shall file a joint case management conference statement by no later than October 7, 2021.

**IT IS SO ORDERED AS MODIFIED.**

Dated: August 24, 2021

By: _____
DONNA M. RYU
United States Magistrate Judge

*[Seal: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu — United States District Court, Northern District of California]*